THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 James Bowers, Appellant.
 
 
 

Appeal from Beaufort County
Thomas W. Cooper, Jr., Circuit Court Judge

Unpublished Opinion No.  2008-UP-214
Submitted April 1, 2008  Filed April 4, 2008

APPEAL DISMISSED

 
 
 
 Chief
 Attorney, Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor I. McDuffie Stone, of Hampton, for Respondent.
 
 
 

PER
 CURIAM:  James Bowers appeals his conviction of armed robbery
 and sentence of life imprisonment.  He maintains the trial court erred by
 failing to suppress the victims identification of him at an unduly suggestive
 show-up procedure.  After a thorough
 review of the record, counsels brief, and Bowers pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Bowers appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, SHORT and THOMAS concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.